■ In the Matter of the Judicial Dissolution of JOSEPH DAVIS, INC. LAWRENCE E. DAVIS, Appellant; JOSEPH DAVIS, INC., Respondent. (Appeal No. 2.) [698 NYS2d 195] —Order unanimously affirmed with costs. Same Memorandum as in *Davis v Davis* ([appeal No. 1] 266 AD2d 867 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Michalek, J.— Dismiss Pleading.) Present—Denman, P. J., Green, Pine, Scudder and Callahan, JJ.

■ In the Matter of LAWRENCE E. DAVIS, Appellant, v JOSEPH DAVIS, INC., et al., Respondents. (Appeal No. 3.) [698 NYS2d 193] —Judgment unanimously affirmed with costs. Same Memorandum as in *Davis v Davis* ([appeal No. 1] 266 AD2d 867 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Michalek, J.—CPLR art 78.) Present—Denman, P. J., Green, Pine, Scudder and Callahan, JJ.